IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERTHA WELLS, et al., | : | |
| | : | |
| | : | NO.   01-CV-5969 |
| v. | : | |
| | : | (formally NO.  02-CV-4103) |
| ROBERT E. WULLER, ET AL. | : | |
| | : | |

ENTRY OF APPEARANCE

Kindly enter the appearance of JAMES A. ROCCO, III as co-counsel with Jeffrey M. Kolansky on behalf of Defendants, Lieutenant Robin Hill and Sergeant Jamill Taylor in the above captioned matter.

**KOLANSKY, TUTTLE & ROCCO, P.C.**

By: _____
James A. Rocco, III
1429 Walnut Street
Suite 1300
Philadelphia, Pennsylvania 19102
(215) 963-9517

Dated: August 9, 2002